JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DOUGLAS GILLIES,<br><br>  Debtor,<br><br>_____<br><br>DOUGLAS GILLIES,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK N.A., et al.,<br><br>  Defendants.<br>_____ | Case No. CV 16-7590 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that pursuant to 28 U.S.C. § 157(c)(1), the above-captioned action is **dismissed with prejudice**.

Dated this 30th day of November, 2016.

/s/
Fernando M. Olguin
United States District Judge